1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI MALIK, | ) |
| | ) No. C 06-7684 MJJ |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS; AND** |
| DAVID STILL, District Director, | ) ▬▬▬▬▬▬ **ORDER** |
| U.S. Department of Homeland Security, | ) |
| Citizenship and Immigration Services; | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security; | ) |
| ALBERTO GONZALES, Attorney General, | ) |
| United States Department of Justice; | ) |
| ROBERT MUELLER, III, Director, | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Respondents. | ) |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-7684 MJJ

1  Date: January 18, 2007                    Respectfully submitted,

2                                            KEVIN V. RYAN
                                             United States Attorney
3

4                                            _____
5                                            ILA C. DEISS
                                             Assistant United States Attorney
6                                            Attorneys for Respondents

7

8
                                             _____
9  Date: January 18, 2007                    ROBERT JOBE
                                             Attorney for Petitioner
10  *See fax Signature*

11

12
                              **ORDER**
13
           Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:                                    _____
                                             MARTIN J. JENKINS
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C06-7684 MJJ

Date: January ____, 2007                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            _____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Respondents


Date: January 18, 2007                      _____
                                            ROBERT JOBE
                                            Attorney for Petitioner


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:   1/23/2007                           _____
                                            MARTIN J. JENKINS
                                            United States District Judge










Stip. to Dismiss
C06-7684 MJJ